UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROBERT ACKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:22-CV-83-TAV-CHS |
| | ) | |
| TREY SHIPLEY DEVELOPMENT, | ) | |
| GENE SHIPLEY, | ) | |
| RODNEY GOODEN, | ) | |
| TREY SHIPLEY, individually, and | ) | |
| T&A CABINETS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Christopher H. Steger on July 7, 2022 [Doc. 7]. In the R&R, the magistrate judge recommends that the Court dismiss plaintiff's pro se complaint without prejudice as frivolous. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 7] pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's complaint is hereby **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2).

The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE